[No. 17862-5-III.  Division Three.  January 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ALVARO MENDOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 98-1-00041-4, Wallis W. Friel, J., entered September 21, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 18888-4-III.  Division Three.  January 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALAN FELCH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-00628-4, Linda G. Tompkins, J., entered November 10, 1999. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 19023-4-III.  Division Three.  January 25, 2001.]

CATHERINE BERGLEY, *Respondent*, v. COMMUNITY CHILD CARE CENTER, *Appellant*

Appeal from a judgment of the Superior Court for Whitman County, No. 97-2-00069-4, Richard W. Miller, J., entered December 9, 1999. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Eitzen, J. Pro Tem.

[No. 18975-9-III.  Division Three.  January 25, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JACKSON R. BURGER, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 99-1-00068-4, Richard W. Miller, J., entered December 6, 1999. *Affirmed* by unpublished per curiam opinion.